

**RECEIVED**

JUL 1 4 2008 *aw*
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Jacob M Hagemann

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV3981
JUDGE ASPEN
MAG. JUDGE ASHMAN

vs.

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

Vernon Hills Police ofs Fink #)
for violation under the color of law in offical & individual capacity
Vernon Hills Police Det Jones # 6
for violation under the color of law in offical & individual capacity
Vernon Hill Police Dept ofs ofs under

Lake County Sheriff Marc Curran
for violation under the color of law in offical & individual capacity

_____

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

X      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       **U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

A.  Name: Jacob M Hagemann

B.  List all aliases: Jake

C.  Prisoner identification number: 85448

D.  Place of present confinement: Walworth County Jail

E.  Address: 1770 County Road NN Elkhorn, Wis 53121

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Ofc Fink #2

Title: Ofc

Place of Employment: Vernon Hills Police Dept

B.  Defendant: Det, Jones #26

Title: Detective

Place of Employment: Vernon Hill Police Dept

C.  Defendant: Sheriff Mac Curran

Title: Sheriff #1

Place of Employment: Lake County Sheriff Dept

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

Ⓐ

D Defendant: Vernon Hill Police Dept
Chief of Police

Vernon Hill Police Dept



**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _None_

B. Approximate date of filing lawsuit: _None_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _None_

D. List all defendants: _none_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _None_

F. Name of judge to whom case was assigned: _none_

G. Basic claim made: _none_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _none_

I. Approximate date of disposition: _none_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV Statement of claim 42USC1983 Civil rights complaint

Now comes, Jacub Hagemann, in word of counsel and invakes Haines V Kerner because the Petitioner is untrained in the law and is being confined in the Walworth County Jail in Wis. Where there is no constitutionaly acceptable law library or constitutionly acceptable alternitive method for research and pre paring legal documents and submits the following civil rights com plaint.

count1: violation of the 4th amendment US cont
no unreasonable search and seizure
and ILcont art1,6 no exigent circumstances

1) The Petitioner is currently residing in Vernon Hills IL, but is being detained in the Walworth County Jail in Elkhorn, Wis, Prior to being in Lake County Jail in Illinois for 11 months

2) on or about July 14, 2007 the Petitioner around 10:00am informed the Vernon Hills Police Dept, receptionist, that his wallet was missing from the night before and that he would come down to file a report.

Revised 9/2007

3) Petitioner resides with his uncle Dan Newmann at his condo, 7 cedar ct Apt Vernon Hills IL 60061. Where petitioner pays rent and when his uncle is out. Petitioner is then left in charge of the said condo.

4) on same date 7/14/07 on or about 11:00pm The Petitioner, who was sleeping, was awaken by a buzzing of someone wishing to enter the building of the said condo

5) The Petitioner immediately went to the intercom and inquired ~~that~~ as to who buzzing and was informed that it was the Police

(6) The Petitioner told the Police to hold on that he needs to get dressed and He'd come on down in a minute.

7) The Petitioner commenced to get dressed and heard another buzz, but it wasn't to his said condo

5

8) Shortly thereafter, the Petitioner heard Someone (male) call his name from outside the condo's front door, inside the condo's building.

9) The the Petitioner replied stating that he was getting dressed and to hold on a minute.

10) immediately after, two unidentified Police officers barged into condo's front door that was closed/not locked by witness Dan Newmann Prior to illegal search) also witnessed by nieghbor in the condo building. At the moment name unknown. These officers were uninvited And did not even Knock.

11) When officers came into the said condo they walked around two feet forward & where at the entrance of Petitioner's bed room where the door was opened 12) Both officers one shorter and the other taller, Later to be Known as Vernon Hill PD (shorter) Fink #2 and the taller stocky unknown were told by Petitioner that "you can't just barge in here, don't ya need a warrent. Ofc Fink stated I got it covered. We just want to talk. Where's the sweatshirt?

5                                    Revised 9/2007

13) The Petitioner informed ofc Fink that he did not know what he was talking about. Fink then stated "drink a little to much last night" and lose your wallet in a lady's car maybe you slept in.

14) Petitioner stated no and that he did lose his wallet. Fink stated thats why I am here. a few cars were broke into last night. This all happend very fast.      (excessive force)

Unlawful incarceration in violation of 14th amend. substantive Liberty, 8th amendment)

15) Petitioner dressed now less his soxes, was demanded to get up (off of his bed) Fink seized Petitioner (who was resisting) Fink said "stop resisting" and handed Petitioner to unknown tall officer who slammed the Petitioner into the wall outside defendants room on RT side.

5

16) This same unknown taller ofc attempted to detain Petitioner stating don't F___n move. Petitioner still resisted and unknown ofc punched the Petitioner in the lower back.

17) Petitioner became compliant and remained detained by this unknown taller ofc. So Fink could conduct a search of the said condo

18) Ofc Fink proceeded to search the Petitioners bedroom for approximately 15 minutes (maybe a few more.)

19) Petitioner couldn't see much only heard alot of rustling around along with the closet being opened and closed in the said bedroom. Fink also looked under Petitioner mattress And covers. Which Petitioner could see.

Revised 9/2007

20) Fink also mentioned Something about a missing 100.00

21) Ofc Fink took a grey hoodie from Petitioners room and asked Petitioner if it belonged to him. Petitioner said yes my grandpa gave it to me.

22) Ofc Fink then contined to search the Petitioners Bedroom a few minutes longer

23) When officer Fink Finished searching the Petitioner Bedroom, Fink stepped out and asked Petitioner who room is this pointing to the room next door.

24) Petitioner stated its My Uncles, Fink entered the uncles room and and Petitioner stated you cant go in there but Fink payed Petitioner no attention & began to search it.

Revised 9/2007

25) Officer Fink ignored the Petitioner's objections and continued to search uncles dresser drawers, paperwork on his bed, closet, under bed. Defendant could see most of the search. Fink found nothing. Fink ~~and~~ walked out of uncles room.

26) Fink took the hoodie (sweatshirt) and walked toward the condo's front door

27) The second taller ofc who never identified himself, released the Petitioner and walked to ofc Fink

28) The two Police officers who never identified themselves to the Petitioner took the Petitioners grey hoodie

29) The Petitioner informed the Police that the grey hoodie is his and they can't take it

5

Revised 9/2007

30) Officer Fink responded by saying Yeah right

31) Petitioner also stated to the Officer's "Where's my wallet"

32) Both officer's ignored Petitioner's request for his wallet to be returned.

33) But Fink and unknown ofc left the said condo not saying a word to Petitioner

34) Petitioner phoned the Vernon's Hill Police (on 7/14/08 on or about 1:00pm) Dept to let then know what happend (the search and seizure) at his uncle's and Petitioner's condo. The receptionist stated she'd call Petitioner back. Within the next day or two petitioner was arrested by the Vernon Hill Police Det Jones for class 2 burgulary to auto. Later the next day transfered to the Lake County Jail. Where Petitioner filed a grieavance with the Vernon Hills Police Dept on 7/20/07 by mail. Exhibit 12    5

Revised 9/2007

35) Petitioner remained in the Lake County
Jail fighting a burglary to auto case
07CF2644 for 10 months (the incarcerating case)

36) On June 9, 2008 the States Attorney Neimus
Nolle Prosessed or threw out case # 07CF2644
and refused to go to trial or hear any motions
about 07CF2644.

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due to the violations of the undersigned constitutional rights The undersigned asks for Nominial damages of 25,000 from each officer, 50,000 from each dectitive and 100,000 from the Sheriff Marc Curran. The Vernon Hill PD 100,000 Chief Undersigned Seeks for Punitive damages of 200,000

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __7__ day of __7__, 20 __08__

_____
(Signature of plaintiff or plaintiffs)

Jacob Hagemann
(Print name)

85448  Walworth County Jail
(I.D. Number)
1720 County RD NN
Elkhorn Wi
53121
_____
(Address)

Revised 9/2007

cont'd. Violation of the 5th amendment right to remain silent and 6th amendment right to counsel and false arrest or unlawful arrest, in violation of the 14th & 5th amendment (Life & liberty substantive) & procedural due process / access to the courts

1) On 7/16/08 at around 2:30pm Petitioner entered the Vernon Hills Police Dept concerning another matter. After Petitioner was through around 3:10pm Det. Jones #26 said "no so fast," I want to talk to you about the other night. (No reasonable cause based on illegal & search & seizure on 3/14/07) No formal complaint or anything

2) Det Jones in a demanding voice said Sit down to Petitioner (Meaning in a chair next to Jones desk)

3) Petitioner instinctively said I want to talk to my lawyer Marty Shafer. As he has done is past investigations asked for his lawyer.

4) Det Jones said to Petitioner, He could use the phone to call his Attorney

5) Petitioner stated that he doesn't have Marty Shafer's #. to Det Jones. Does he have the attorney's #? directed to Det Jones

6) Det Jones stated he don't have it. Then Det Jones stated Look this will only take a minute to clear your name and I'll get you out of here.

7) Det Jones knowing from past dealings with Petitioner that Petitioner is mentally ill and is on medication

8) Petitioner also asked for his Uncle Dan Newmann who was waiting outside ~~stating~~ but Det Jones denied petitioners Uncle Dan by stating not right now,

9) Petitioner's Uncle Dan is also Petitioner's SSI payee and has been looking after Petitioner

10) Petitioner is also heavely medicated & was having a hard time understanding

11) Then Det Jones said "do you know your rights. Petitioner said yes.

12) Det Jones said initial & sign here. Petitioner was never read the miranda rights or was told the Miranda rights had a waiver within the document

13) Det Jones coersed a verbal statement from Petitioner. Petitioner only stated what transpired before losing his wallet and that he blacked out and about the illegal search & seizure by Ofc Fink & unknown officer on 7/14/07.

14) Det Jones kept saying do you think this could of happed or that. Petitioner maintained his innocence.

15) Then Det Jones stated look ~~tell~~ tell me you did it and I'll get the burglary to auto

12. cont

15) dropped to a criminal trespass.

16) Petitioner stated "you have the wrong guy" & where's his lost wallet Fink claim to have at search

17) Det Jones in a demanding and mad voice stated don't move "I think I have enough. I am going to call the States Attorney.

18) Two minutes later petitioner was unlawfully arrested by Det Jones. Petitioners charges were burglary to auto class 2 felony. Placed in holding cell

19) Next day Petitioner was escorted to the custody of the Lake County Jail by unknown Vernon Hills police officer.

20) When Petitioner received the Police Report by Det Jones's from Marty Shafer on or about Aug 8, 2005, This report 0711584 was full of lies & cohesion by Det Jones #26 making Petitioner look guilty of a crime (burglary to auto) and Det Jones #26 States nothing of the illegal search and seizure on 7/14/07 by ofc Fink #2 and unknown officer (taller)

13)

V Relief

Due to the violations of the undersigned constitual
rights. The undersigned asks for Nominal
damages of 25,000 from each office, 50,000
from each detective, 100,000 from the Vernon Hill
Police Dept chies and 100,000 from sheriff
Marc Curran. The undersigned seeks for
Punitive Damages of 250,000

The Plaintiff demands that the case to be
tried by a jury (yes)

Certification
By signing this complaint I certify that
the facts stated in the complaint are true
to the best of my knowledge information and
belief. I understand that if this certification
is not correct. I may be subject to santions
by the court

Signed this 7 day of 7, 2008

_____ Jacob Hagemann
                              Petitioner

# 85448
Walworth County Jail
1770 County RD NW
Elkhorn, Wis
              53121

Exhibt 1

## WALWORTH COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION

:  :REQUEST        :  :APPEAL        :  ⊠COMPLAINT
(please check one)

NAME Jacob Hasemann          HOUSING UNIT Seg or Detention 714
                                         Disiplinary
                                    6/5/08        854 48

Describe your request/appeal/complaint:

Jacob                     Sgt Huvest states no photocopies
Ofc Borger Per Sgt Huvest States no photocopies
will be copied of any legal material pertaining
to my lawsuit including a suit against the
Vernon Hill Police Dept in Illinois for an
illegal search and seizure & false arrest, Which
this said lawsuit has a time limitation on
and is to be in the mail by 7/4/08 to be in the
US Dist Court of chicago by 7/14/08. Due to the
fact I have only 1 year to sue a municiple
Dept. By Sgt Huvest dening me the said copies
of the said suit he is esentully stoping or hindering
my ability to access the Courts, This violates
my 5th & 4th amend to access the aourts, I want
Photocopies or compensate me

RECEIVED BY OFFICER: _____        DATE: 07-05-08

RESPONSE:

_____

_____

_____

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____    DATE: _____

Exhibit 2

## WALWORTH COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION

: :REQUEST     : :APPEAL     :X:COMPLAINT
(please check one)

NAME Jacob Hagemann     HOUSING UNIT Displinary Seg 714

Describe your request/appeal/complaint: 854418

7/2/08    (am)

To the Attention of the Jail Administrator Mike Schmitt. I am once again being denied my legal material including a 1983 Lawsuit against the Vernon Hills Police Dept for an illegal search and seizure that has a deadline to be in the mail by the *8 of July 2008. This denial stems from me being detained in displinary Seg Detention in cell 714. Once again this Violates my 5th & 14th amendment right to access the courts. Unlawful seizure ect. I am already behind on the said case due to other times of seizing my legal material so Yes you are really hindering my ability to represent my self prose in the US Dist courts. ILL return my legal material today or commensate me for the said case

RECEIVED BY OFFICER: _____   DATE: 07-02-08

RESPONSE:

_____

_____

_____

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____   DATE: _____

Exhibit 3

# Scariano, Himes and Petrarca

## ATTORNEYS AT LAW · CHARTERED

TWO PRUDENTIAL PLAZA, SUITE 3100 · 180 NORTH STETSON · CHICAGO, ILLINOIS 60601-6714
312.565.3100 · FACSIMILE 312.565.0000 · 800.820.3101

1450 ABERDEEN · CHICAGO HEIGHTS, ILLINOIS 60411-3489
708.755.1900 · FACSIMILE 708.755.0000 · 800.820.1901

209 W. MADISON · WAUKEGAN, ILLINOIS 60085
847.662.5800 · FACSIMILE 847.662.6813
WWW.EDLAWYER.COM

**Daniel P. Field**
Waukegan Office
dfield@edlawyer.com

May 19, 2008

Mr. Jacob Hagenen #72105
Lake County Jail
P.O. Box 38
Waukegan, IL 70079

Re:    Your correspondence

Dear Mr. Hagenen;

I am returning the unsolicited correspondence that I received from you this date. I have a conflict of interest which absolutely prevents me from discussing any aspect of the conditions of your detention in the Lake County Jail with you. This conflict includes all of the attorneys in my law firm. I believe that this conflict also makes it inappropriate for me to suggest any alternative attorneys to you.

Very truly yours,

Daniel P. Field

enc.

# Scariano, Himes and Petrarca

ATTORNEYS AT LAW · CHARTERED
209 W. MADISON
WAUKEGAN, ILLINOIS 60085

Exhibit 4

PALATINE IL 600

THINK, SPEAK AND D

USA FIRST-CLASS FOREVER

ASX

44

ll..ll..ll..l..l.l..l..l.ll
Mr. Jacob Hagenen #72105
Lake County Jail
P.O. Box 38
Waukegan, IL 70079

60073X0036 B001

70073X0000

bll.ll..l..l.l..ll.l.ll..ll..ll.l.l..ll.l.l..l.ll.l

ll..ll.l.ll..ll..ll..ll..ll

Exhibit 5



## BRYDGES RISEBOROUGH
Attorneys at Law
201 West Winchester Road, Libertyville, IL 60048
Telephone: 847-680-6250 · Fax: 847-680-6254

May 7, 2008

Mr. Jacob Hagemann
105 E. Townline Road, Suite 134
Vernon Hills, IL 60061

Dear Mr. Hagemann:

We are in receipt of your letter dated April 25, 2008, which we are returning to you.
Unfortunately, we are not taking on new clients at this time.

You might contact the following attorney who may be able to be of assistance to you:

    Daniel P. Field
    209 West Madison Street, Waukegan, IL 60085
    Telephone: 847.662.5800

        Very truly yours,

        BRYDGES RISEBOROUGH

        Louis W. Brydges, Jr.

LXB:es
Enclosure



USA FIRST-CLASS FOREVER

"LET US DARE TO REA
THINK, SPEAK AND V
John Adams, 1765

PALATINE IL 600

07 MAY 2008 PM 6 T

Exhibit 6

Brydges Riseborough
Attorneys at Law
201 W. Winchester Road
Libertyville, IL 60048

Mr. Jacob Hagemann
105 E. Townline Road, Suite 134
Vernon Hills, IL 60061

60061+1929

# Cash History Report

## 101 - Inmate Account

### L72105: HAGEMANN, JACOB MICHAEL: Balance=$13.32

Exhibit 7

| Transaction Type | Date | | Amount | Description | Balance After Transaction |
|---|---|---|---|---|---|
| Deposit | 7/17/2007 | 1:12:02PM | $2.00 | 01 CASH | $ 2.00 |
| Withdrawal | 7/24/2007 | 7:19:06AM | $0.49 | Commissary Sale | $ 1.51 |
| Withdrawal | 7/27/2007 | 8:04:54AM | $1.47 | Commissary Sale | $ 0.04 |
| Withdrawal | 7/27/2007 | 8:34:22AM | $10.00 | Doctor Visit from DOCTOR VISIT | ($9.96) |
| Deposit | 8/28/2007 | 7:34:53PM | $50.00 | 02 MO8577 | $ 40.04 |
| Withdrawal | 8/31/2007 | 7:34:02AM | $38.57 | Commissary Sale | $ 1.47 |
| Withdrawal | 9/7/2007 | 6:59:06AM | $1.40 | Commissary Sale | $ 0.07 |
| Deposit | 10/5/2007 | 7:33:48PM | $25.00 | 02 MO2303 | $ 25.07 |
| Withdrawal | 10/9/2007 | 6:55:50AM | $20.27 | Commissary Sale | $ 4.80 |
| Withdrawal | 10/12/2007 | 6:20:58AM | $4.20 | Commissary Sale | $ 0.60 |
| Deposit | 10/19/2007 | 4:06:28PM | $50.00 | 02 MO 2360 | $ 50.60 |
| Deposit | 10/22/2007 | 7:32:23PM | $25.00 | 02 MO9244 | $ 75.60 |
| Withdrawal | 10/23/2007 | 8:24:18AM | $33.32 | Commissary Sale | $ 42.28 |
| Withdrawal | 10/26/2007 | 8:15:16AM | $13.17 | Commissary Sale | $ 29.11 |
| Withdrawal | 11/2/2007 | 7:34:14AM | $4.90 | Commissary Sale | $ 24.21 |
| Withdrawal | 11/9/2007 | 9:16:40AM | ($9.00) | Commissary Return | $ 33.21 |
| Withdrawal | 11/15/2007 | 7:29:05AM | $17.82 | Commissary Sale | $ 15.39 |
| Withdrawal | 11/23/2007 | 6:47:59AM | $13.25 | Commissary Sale | $ 2.14 |
| Withdrawal | 11/26/2007 | 8:17:36AM | $2.10 | Commissary Sale | $ 0.04 |
| Deposit | 12/5/2007 | 9:27:31PM | $30.00 | 02 MO 7411 | $ 30.04 |
| Withdrawal | 12/6/2007 | 2:24:19PM | $27.99 | Commissary Sale | $ 2.05 |
| Withdrawal | 12/13/2007 | 8:18:56AM | $2.00 | Commissary Sale | $ 0.05 |
| Deposit | 12/15/2007 | 7:03:09PM | $75.00 | 02 MO 7448 | $ 75.05 |
| Withdrawal | 12/17/2007 | 8:41:52AM | $25.72 | Commissary Sale | $ 49.33 |
| Withdrawal | 12/17/2007 | 1:24:54PM | $8.90 | Commissary Sale | $ 40.43 |
| Withdrawal | 12/24/2007 | 7:22:46AM | $30.99 | Commissary Sale | $ 9.44 |
| Withdrawal | 12/31/2007 | 7:35:38AM | $9.18 | Commissary Sale | $ 0.26 |

| Transaction Type | Amount | Date | | Description | Balance After Transaction |
|---|---|---|---|---|---|
| Deposit | $25.00 | 2/8/2008 | 7:35:13PM | 02MO7684 | $ 25.26 |
| Withdrawal | $8.70 | 2/12/2008 | 7:38:30AM | Commissary Sale | $ 16.56 |
| Withdrawal | $8.39 | 2/15/2008 | 7:59:59AM | Commissary Sale | $ 8.17 |
| Withdrawal | $4.59 | 2/19/2008 | 6:46:16AM | Commissary Sale | $ 3.58 |
| Withdrawal | $2.50 | 2/21/2008 | 6:32:12AM | Commissary Sale | $ 1.08 |
| Deposit | $20.00 | 2/25/2008 | 8:36:39PM | 02 MO 7736 | $ 21.08 |
| Deposit | $20.00 | 2/26/2008 | 10:14:32PM | 02 MO 2011 | $ 41.08 |
| Withdrawal | $0.60 | 2/27/2008 | 9:29:32AM | Commissary Sale | $ 40.48 |
| Withdrawal | $8.44 | 2/29/2008 | 8:00:14AM | Commissary Sale | $ 32.04 |
| Withdrawal | $18.72 | 3/4/2008 | 6:55:31AM | Commissary Sale | $ 13.32 |

Exhibit 8

Exhibit 9

**RESIDENT ACCOUNT STATEMENT**                                     Page 1 of 1

**Walworth County Jail**
**06/30/08 11:59**
**ST 014 / OPR 2000**

Booking #              :  85448
Resident Name          :  HAGEMANN, JACOB
Housing Location       :  AS
Statement Period       :  06/01/2008 - 06/30/2008

                                        **STATEMENT SUMMARY**

                              **Beginning Balance :**       0.00
                                     **1 Deposits :**       0.00
                                     **0 Payments :**       0.00
                              **Ending Balance    :**       0.00

-----------------------------------------------------------------------
**Receipt No.    Date    Time    Description        Payments    Deposits    Balance**
-----------------------------------------------------------------------
                                                                        0.00
A33495      06/19/2008  12:48   Reopen                        0.00       0.00

Current debt 32⁸²

Exhibit 10

**RESIDENT TRANSACTION REPORT**                      Page 1 of 1

**Walworth County Jail**
**06/30/08 12:19**
**ST 002 / OPR 2402**

Booking #            :  85448
Resident Name        :  HAGEMANN, JACOB
Time Frame           :  06/19/2008 12:48 - 06/30/2008 12:19

| Date | Time | Type | ST | OPR | Receipt # | Amount |
|------|------|------|----|-----|-----------|--------|
| 06/19/2008 | 12:48 | Reopen-Cash | 1 | cobra | A33495 | 0.00 |
| 06/21/2008 | 13:01 | Receivable Charge | 17 | MedCG | Q2855 | 5.00 |
| 06/21/2008 | 13:01 | Receivable Charge | 17 | MedCG | Q2856 | 5.00 |
| 06/21/2008 | 13:01 | Receivable Charge | 17 | MedCG | Q2856 | 5.00 |
| 06/23/2008 | 13:33 | Receivable Charge | 17 | MedKM | Q2869 | 3.00 |
| 06/26/2008 | 12:39 | Receivable Charge | 17 | MedKM | Q2875 | 3.00 |
| 06/30/2008 | 11:42 | Receivable Charge | 14 | 2000 | N307 | 4.50 |

**RESIDENT STATEMENT OF AVERAGE BALANCES**    Exhibit 10      Page 1 of 1

**Walworth County Jail**
**06/30/08 12:20**
**ST 002 / OPR 2402**

```
Booking #        : 85448
Resident Name    : HAGEMANN, JACOB
Number of Days   : 11
```

```
AVERAGE DEPOSIT AMOUNT : $0.00
 AVERAGE DAILY BALANCE : $0.00
       CURRENT BALANCE : $0.00
```

Exhibit 12   Vernon Hills PD   Sent 7/21/0;

## ~~Lake County Sheriff's Adult Correctional Division~~
## Inmate Grievance

<u>Check one</u> (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☑ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

**Date:** 7/30/07

**Your Name:** Jacob Hageman  **"L" Number:** 72105  **Housing Unit / Cell#:** Classification

~~"I have read and understand the grievance procedure as outlined in the inmate handbook"~~ **Initials:** _____

**Describe your concern:** (You are limited to the front of this form only)

I am writing this to the Head of the Vernon Hills Police Dept. On 7/14/07 my and my uncles condo at 7 cedar ct Apt 6  in Vernon Hills had been broke into by 2 of your officers both male & white one taller than the other the taller one a bigger built & I don't know their names cause they wouldn't tell me. they buzzed themselves in after they buzzed me to only saying they were the Police I told them to hold on a minute I needed to get dressed. I think another condo buzzed them in cuzz I heard it. Next thing they yell outside my condo door in the Hallway was Jacob Hageman. I yelled back hold on a minute I am getting dressed. Both of the officers just barged in the condo by opening the condo's door without permission. While I was in my room. It was fast cause door (front) is only around 5 ft or so from my room. Shorter officer entered first + in my room + questioned me about some missing sweatshirt. Then dragged me to other taller officer, I tried to get free by wiggling my arm's free. no violence toward this officer. But taller officer got me to the K. then walk & Punched me in the Low back a couple of times. then I complied and put my head to the wall then other shorter officer search the condo. and taller officer held me up close to wall and said don't move. Prior I asked officer's don't you need a warrent to barrge in Here. Shorter ofc. states he could't couldn't. shorter one also sold a hoodie of mine, even I asked him why he wrote down my hoodie he said it was on a list + said it was mine + is this my wallet. they left with very few words exchanged

**Resolution Sought:** (do not leave blank) — How can this happen. I know its illegal how I am in Jail for something I didn't do. I want the names of these officers + I want to press charges on taller ofc. Please send a Sgt to see me to file a complaint

**Inmate Signature:** _____   **Received by:** _____   **Date / Time Received:** _____

White – Grievance Coordinator          Yellow – Inmate                    Rev: 11/07

Exhibit 13

POLICE RECORD-OFFICER'S COPY

# NON-TRAFFIC COMPLAINT AND NOTICE TO APPEAR

## VERNON HILLS POLICE DEPARTMENT

| Court Case Number | Agency Report Number | DCN: |
|---|---|---|
| | 07-11584 | |

State of Illinois, County of __Lake__

City/Village of __VERNON HILLS__

No. **25113**

IN THE CIRCUIT COURT OF THE 19th JUDICIAL CIRCUIT LAKE COUNTY, ILLINOIS

☒ People – State of Illinois  ☐ City/Village of __VERNON HILLS__, Illinois VS.
Municipal Corporation Plaintiff

**DEFENDANT**

Name (Last, First, Middle)  **Hagemann, Jacob M**   ☐ Alias   Date of Birth **10/20/73**

Street Address  **7 Cedar Ct  # 9**

City **Vernon Hills**   State **IL**   Zip Code **60061**

Gender ☒ Male ☐ Female   Race **W**   Height **5'8"**   Weight **180**   Hair **BRN**   Eyes **HAZ**

Social Security Number **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**   Driver's License Number **H255 4337 3299**   State **IL**

SID Number   FBI Number   Phone Number **(847) 385-1547**

THE UNDERSIGNED STATES THAT ON Date **7/13/07 – 7/14/07**   Time **4:00 pm – 12:00 pm**

The Defendant did unlawfully commit the following offense: (Offense Title)
**Burglary to Motor Vehicle**

Narration: (Describe Offense)
**In that the said defendant, without authority, knowingly entered a motor vehicle of Robin Smith, being a 1996 Toyota Corolla bearing IL # C217191, in Vernon Hills, Lake County IL with the intent ~~and said~~ to commit therein a theft.**

In Violation of ☒ ILCS ☐ Local Ordinance   Chapter **720**   Act **5**   Sec **19-1**

Location of Offense: **Parking lot of 16 Parkside Ct, Vernon Hills, IL**

**COURT**   Location of Court: **To Be Set By Judge**   Room

Court Date:   Time:  ☐ AM ☐ PM   ☐ You Must Appear in Court on the date and time indicated.

**BOND**   ☒ Notice To Appear   ☐ Full ☐ 10% Cash Bond Taken   ☐ Personal Recognizance Bond

Notice: The Court may issue a warrant for the arrest of any Defendant who has failed to appear and answer an arrest ticket duly served upon him and upon which a complaint has been filed.

$

Under Penalties as provided by law for false certification pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure and Perjury, the undersigned certifies that the statements set forth in the instrument are true and correct.

Signature of Complainant   Signature of Officer **DA**   Badge No. **#26**   Date **7/16/07**


19

STATE OF ILLINOIS } ss   *Exhibit 14*

COUNTY OF LAKE }

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

*People of the*
*State of Illin*                    JUN 09 2008

vs.                                    CIRCUIT No. _07CF2044_

*Jacob Hagemann*

**ORDER**

*On motion of the People leave*
*is granted to Nolle Prosse the*
*matters pursuant to a*
*plea on 07CF1752, CT1,*
*as amended.*

*The defendant is discharged*
*on other matters.*
*Bond is released.*

Dated at Waukegan, Illinois this

_9_ day of _April_, 20_08_

ENTER: _____

                               Judge

ORDER PREPARED BY: _____

                    (Please Print Name and Address)

_____

_____

17