**PRISONER CASE**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

08CV3981
JUDGE ASPEN
MAG. JUDGE ASHMAN

## Civil Cover Sheet

**Plaintiff(s):** JACOB M. HAGEMANN

**Defendant(s):** OFC. FINK, etc., et al.

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**

Jacob M. Hagemann
#85448
Walworth - WCJ
1770 County Road NN
Elkhorn, WI 53121

**Defendant's Attorney:**

FILED
JN
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** A. E. Woodham   **Date:** 7/14/2008