FILED

JUL 1 4 2008 aew ~ 7/7/08

Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To the US Dist Courts,

I am unable to supply the needed copies of my law suit & evidence due to Micheal Smidt of the Walworth County Jail. He states his Jail does not need to provide copies of my law suit against the Vernon Hills Police Dept in IL to me. He also states I have a neg account also. Which I know I am propected by the 5th & 14st amendment access to courts I've wrote a grievance on this issue to Mike Smidt only to be left answer (included within) So I wish to be provided the needed copies by the US Dist Courts. The amount of copies cost can be billed to me or send a bill to Kathy Harris for the copies at 6512 North Shore Ave Springs Grove IL 60081

My mom 842-597-5680

~ Also please Send me 2 copies to the
Walworth County Jail for my records
1770 County RD NW  #85448
Elkhora WI
                        53121


Thank you

Jacob Hageman
7/7/08