**FILED**

**JULY 22, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RECEIVED

JUL 14 2008
JUL 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jacob M Hasemann

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV3981
JUDGE ASPEN
MAG. JUDGE ASHMAN

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Vernon Hills Police ofs Fink (#)
for violation under the color of law in offical & individual capacity
Vernon Hills Police Det Jones #6
for violation under the color of law in offical & individual capacity
Vernon Hill Police Dept ???? under

Lake county Sheriff Mark Curran
for violation under the color of law in offical & individual capacity

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

## CHECK ONE ONLY:

☒     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: Jacob M Hagemann

B.    List all aliases: Jake

C.    Prisoner identification number: 85448

D.    Place of present confinement: Walworth County Jail

E.    Address: 1770 County Road NN Elkhorn, Wis 53121

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Ofc Fink #2

Title: Ofc

Place of Employment: Vernon Hills Police Dept

B.    Defendant: Det, Jones #26

Title: Detective

Place of Employment: Vernon Hill Police Dept

C.    Defendant: Sheriff Marc Curran

Title: Sheriff 1

Place of Employment: Lake County Sheriff Dept

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

(2)

D Defendant. Vernon Hill Police Dept

Chief of Police

Vernon Hill Police Dept



**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: None

B. Approximate date of filing lawsuit: None

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: none

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): None

F. Name of judge to whom case was assigned: none

G. Basic claim made: none

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): none

I. Approximate date of disposition: none

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV Statement of claim 42USC 1983 civil rights complaint

Now comes, Jacob Hagemann, in ward of counsel and invokes Haines V Kerner because the Petitioner is entrained in the Law and is being confined in the Walworth County Jail in Wis, where there is no constitutionaly acceptable Law library or constitutionly acceptable alternitive method for res researching and preparing legal documents and submits the following civil rights complaint.

count1 violation of the 4th amendment US const no unreasonable search & seizure and IL const art1, 6 no exigent circumstances

1) The Petitioner is currently residing in Vernon Hills IL, but is being detained in the Walworth County Jail in Elkhorn, Wis, Prior to being in Lake County Jail in Illinois for 11 months

2) on or about July 14, 2007 the Petitioner around 10:00am informed the Vernon Hills Police Dept, receptionist, that his wallet was missing from the night before and that he would come down to file a report.

Revised 9/2007

3) Petitioner resides with his uncle Dan Newmann at his condo, 7 cedar ct Apt Vernon Hills IL 60061. Where petitioner pays rent and when his uncle is out. Petitioner is then left in charge of the said condo.

4) On same date 7/14/07 on or about 11:00 pm The Petitioner, who was sleeping, was awaken by a buzzing of someone wishing to enter the building of the said condo

5) The Petitioner immediately went to the intercom and inquired ~~that~~ as to who buzzing and was informed that it was the Police

(6) The Petitioner told the Police to hold on that he needs to get dressed and He'd come on down in a minute.

7) The Petitioner commenced to get dressed and heard another buzz, but it wasn't to his said condo

5

Revised 9/2007

8) Shortly thereafter, the Petitioner heard someone (male) call his name from outside the condo's front door, inside the condo's building.

9) The the Petitioner replied stating that he was getting dressed and to hold on a minute.

10) immediately after, two unidentified Police officers barged into condo's front door that was closed/not locked by witness Dan Newmann Prior to illegal search) also witnessed by nieghbor in the condo building. At the moment name unknown. These officers were uninvited And did not even knock.

11) When officers came into the said condo they walked around two feet forward & where at the entrance of Petitioner's bedroom where the door was opened

12) Both officers one shorter and the other taller, Later to be Known as Vernon Hill PD (shorter) Fink #2 and the taller (stocky unknown) were told by Petitioner that "you can't just barge in here, don't you need a warrent. Ofc Fink stated I got it covered. We just want to talk. Where's the sweatshirt?

5                                          Revised 9/2007

13) The Petitioner informed ofc Fink that he did not know what he was talking about. Fink then stated "drink a little to much last night" and lose you wallet in a lady's car maybe you slept in.

14) Petitioner stated no and that he did lose his wallet. Fink stated that's why I am here. A few cars were broke into last night. This all happend very fast.          (excessive force)

Unlawful incarceration in violation of 14th amend, substantive liberty, 8th amendment)

15) Petitioner dressed now less his soxes, was demanded to get up (off of his bed) Fink seized Petitioner (who was resisting) Fink said "stop resisting" and handed Petitioner to unknown tall officer who slammed the Petitioner into the wall outside defendants room on RT side.

Revised 9/2007

16) This same unknown taller ofc attempted to detain Petitioner stating don'd F___n move. Petitioner still resisted and unknown ofc punched the Petitioner in the lower back.

17) Petitioner became compliant and remained detained by this unknown taller ofc. So Fink could conduct a search of the said condo

18) Ofc Fink proceeded to search the Petitioners bedroom for approximately 15 minutes (maybe a few more)

19) Petitioner couldn't see much only heard alot of rustling around along with the closet being opened and closed in the said bedroom. Fink also looked under Petitioner mattress And covers. Which Petitioner could see.

5

Revised 9/2007

20) Fink also mentioned Something about a missing 100.00

21) Ofc Fink took a grey hoodie from Petitioners room and asked Petitioner if it belonged to him. Petitioner said yes my grandpa gave it to me.

22) Ofc Fink then contined to search the Petitioners Bedroom a few minutes longer

23) When officer Fink Finished searching the Petitioner Bedroom, Fink stepped out and asked Petitioner who room is this pointing to the room next door.

24) Petitioner stated its My Uncles, Fink entered the uncles room and and Petitioner stated you cant go in there but Fink payed Petitioner no attention & began to search it.

Revised 9/2007

25) Officer Fink ignored the Petitioners objections and continued to search uncles dresser drawers, paperwork on his bed, closet, under bed. Defendant could see most of the search. Fink found nothing. Fink ~~and~~ walked out of uncles room.

26) Fink took the hoodie (sweetshirt) and walked toward the condo's front door

27) The second taller ofc who never identified himself, released the Petitioner and walked to ofc Fink

28) The two Police officers who never identified themselves to the Petitioner took the Petitioners grey hoodie

29) The Petitioner informed the Police that the grey hoodie is his and they can't take it

5

30) Officer Fink responded by saying Yeah right

31) Petitioner also stated to the officer's "Where's my wallet"

32) Both officer's ignored Petitioner's request for his wallet to be returned.

33) But Fink and unknown ofc left the said condo not saying a word to Petitioner

34) Petitioner phoned the Vernon's Hill Police (on 7/14/08 on or about 1:00pm) Dept to let them know what happend (the search and seizure) at his uncle's and Petitioner's condo. The receptionist stated she'd call Petitioner back. Within the next day or two petitioner was arrested by the Vernon Hill Police Det Jones for class 2 burgulary to auto. Later the next day transfered to the Lake County Jail. Where Petitioner filed a grievance with the Vernon Hills Police Dept on 7/20/07 by mail. Exhibit 12    5

Revised 9/2007

35) Petitioner remained in the Lake County Jail fighting pa burglary to ~~a~~ auto ~~stea~~ ssasett 07CF2644 for 10 months (the incarcerating case)

36) On June 9, 2008 the States Attorney Neimus Nolle Procssed or threw out case # 07CF2644 and refused to go to trial or hear any motions about 07CF2644.

*Search & Seizure*

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due to the violations of the undersigned constitutional rights The undersigned asks for Nominial damages of 25,000 from each officer, 50,000 from each dectitive and 100,000 from the Sheriff Marc Curvan. The Vernon Hill PD 100,000 Chief Undersigned seeks for Punitive damages of 200,000

**VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___7___ day of ___7___, 20 __08__

_____
(Signature of plaintiff or plaintiffs)

Jacob Hagemann
(Print name)

85448 Walworth County Jail
(I.D. Number)  1720 County RD NN

Elkhorn Wi
53121
(Address)

6                                        Revised 9/2007

Count 2: Violation of the 5th amendment right to remain Silent and 6th amendment right to counsel and false arrest or unlawful arrest, in violation of the 14th & 5th amendment (Life & Liberty Substantive) & Procedural due Process / access to the courts

1) On 7/16/08 around 2:30pm Petitioner entered the Vernon Hills Police Dept concerning another matter. After Petitioner was through around 3:10pm Det. Jones #26 Said "no so fast," I want to talk to you about the other night. (No reasonable cause based on illegal & search & seizure on 5/14/07) No formal complaint or anything

2) Det Jones in a demanding Vioce Said Sit down to Petitioner (Meaning in a chair next to Jones desk)

3) Petitioner instintively said I want to talk to my lawyer Marty Shafer. As he has done is past investigations asked for his lawyer.

4) Det Jones Said to Petitioner, He could use the phone to call his Attorney

5) Petitioner stated that he doesn't have Marty Shafer's #. to Det Jones. Does he have the attorney's #? directed to Det Jones

6) Det Jones Stated he don't have it. Then Det Jones Stated Look this will only take a minute to clear your name and I'll get you out of here.

7) Det Jones knowing from past dealings with Petitioner that Petitioner is mentally ill and is on medication

8) Petitioner also asked for his Uncle Dan Newmann who was waiting outside building but Det Jones denied petitioners Uncle Dan by stating not right now,

9) Petitioner's Uncle Dan is also Petitioner's SSi payee and has been looking after Petitioner

10) Petitioner is also heavely medicated & was having a hard time understanding

11) Then Det Jones said "do you know your rights, Petitioner said yes.

12) Det Jones said initial & sign here. Petitioner was never read the miranda rights or was told the Miranda rights had a Waiver within the document

13) Det Jones Coersed a verbal statement from Petitioner. Petitioner only stated what transpired before losing his wallet and that he blacked out and about the illegal search & seizure by Ofc Fink & unknown officer on 7/14/07.

14) Det Jones kept saying do you think this could of happed or that. Petitioner maintained his innocence,

15) Then Det Jones stated look tell me you did it and I'll set the burglary to auto

12.
cont

15) dropped to a criminal trespass.

16) Petitioner stated "you have the wrong guy" & where's his lost wallet Fink claim to have a search

17) Det Jones in a demanding and mad voice stated don't move "I think I have enough. I am going to call the States Attorney.

18) Two minutes later petitioner was unlawfully arrested by Det Jones. Petitioners charges were burglary to auto class 2 felony. Placed in holding cell

19) Next day Petitioner was escorted to the custody of the Lake County Jail by unknown Vernon Hills police officer.

20) When Petitioner recieved the Police Report by Det Jones from Marty Shafer on or as at Aug 8, 2005. This report 0711584 was full of lies & cohesion by Det Jones #26 making Petitioner look guilty of a crime (burglary to auto) and Det Jones #26 states nothing of the illegal search and seizure on 7/14/07 by ofc Fink #2 and unknown officer (taller)

13)

Unlawful arrest 4

V Relief

Due to the violations of the undersigned constitual rights. The undersigned asks for Nominal damages of 25,000 from each office, 50,000 from each detective,100,000 from the Vernon Hill Police Dept chies and 100,000 from Sheriff Marc curvan. The undersigned seeks for Punitive Damages of 250,000

The Plaintiff demands that the case to be tried by a jury Yes

Certification
By signing this complaint I certify that the facts stated in the complaint are true to the best of my knowledge information and belief. I understand that if this certification is not correct. I may be subject to santions by the court

Signed this 7 day of 7, 2008

Jacob Hagemann
Petitioner

# 85448
Walworth County Jail
1770 County R D NW
Elkhorn, Wis
53121

FORM #144

Exhibt 1

**WALWORTH COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

: :REQUEST          : :APPEAL          : :COMPLAINT
(please check one)

NAME Jacob Hagemann          HOUSING UNIT Seg or Detention 714
                              Disiplinary
                              6/5/08          95448

Describe your request/appeal/complaint:
Jam                              Sgt Huvest states no photocopier
Ofc Berger Per Sgt Huvest States no photocopier
will be copied of any legal material pertaining
to my lawsuit including a suit against the
Vernon Hill Police Dept in Illinois By an
illegal search and seizure & false arrest. Which
this said Lawsuit has a time limitation on
and is to be in the mail by 7/4/08 to be in the
US Dist Court of Chicago by 7/14/08. Due to the
fact I have only 1 yea to Sue a municiple
Dept. By Sgt Huvest denying me the said copies
of the said suit he is esentully stoping or hindering
my ability to access the Courts. This violates
my 5th & 14th amend to access the courts, I want
Photocopies or compensate me
RECEIVED BY OFFICER: 8583          DATE: 07-05-08

RESPONSE:

ANSWER GIVEN BY:_____ DATE:_____

Exhibit 2

## WALWORTH COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION

: :REQUEST          : :APPEAL          :X:COMPLAINT
                   (please check one)

NAME Jacob Hagemann          HOUSING UNIT Disiplinary Seg 714

Describe your request/appeal/complaint: 854418

7/2/08          (am)

To the Attention of the Jail Administator Mike
Schmitt. I am once again being denied my
legal material including a 1983 Lawsuit against
the Vernon Hills Police Dept for an illegal search
and seizure that has a deadline to be in the
mail by the 8 of July 2008. This denial stems
from me being detained in disiplinary Seg Detention in
Cell 714. Once again this Violates my 5th & 14th
amendment right to access the courts, Unlawful seizure
ed. I am already behind on the said case due
to other times of seizing my legal material So
Yes you are really hindering my ability to represent
my self prose in the US Dist courts. I LL return my
legal material today or compensate me for the said case!

RECEIVED BY OFFICER: _____          DATE: 07-01-08

RESPONSE:

_____

_____

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____          DATE: _____

pink - to inmate upon receipt  yellow - to inmate upon response  white - inmate file

Exhibit
3

# Scariano, Himes and Petrarca

## ATTORNEYS AT LAW · CHARTERED

Two Prudential Plaza, Suite 3100 · 180 North Stetson · Chicago, Illinois 60601-6714
312.565.3100 · Facsimile 312.565.0000 · 800.820.3101

1450 Aberdeen · Chicago Heights, Illinois 60411-3489
708.755.1900 · Facsimile 708.755.0000 · 800.820.1901

209 W. Madison · Waukegan, Illinois 60085
847.662.5800 · Facsimile 847.662.6813
WWW.EDLAWYER.COM

**Daniel P. Field**
Waukegan Office
dfield@edlawyer.com

May 19, 2008

Mr. Jacob Hagenen #72105
Lake County Jail
P.O. Box 38
Waukegan, IL 70079

Re:     Your correspondence

Dear Mr. Hagenen;

I am returning the unsolicited correspondence that I received from you this date. I have a
conflict of interest which absolutely prevents me from discussing any aspect of the conditions of
your detention in the Lake County Jail with you. This conflict includes all of the attorneys in my
law firm. I believe that this conflict also makes it inappropriate for me to suggest any alternative
attorneys to you.

Very truly yours,

Daniel P. Field

enc.

USA FIRST-CLASS FOREVER

PALATINE IL 600

THINK, SPEAK AND

Scariano, Himes and Petrarca

ATTORNEYS AT LAW • CHARTERED

209 W. MADISON
WAUKEGAN, ILLINOIS 60085

Exhibit 4

ASU

Mr. Jacob Hugenen #72105
Lake County Jail
P.O. Box 38
Waukegan, Il. 70079

5007980006 8001
70073X0000

Exhibit 5



## BRYDGES RISEBOROUGH

Attorneys at Law
201 West Winchester Road, Libertyville, IL 60048
Telephone: 847-680-6250 · Fax: 847-680-6254

May 7, 2008

Mr. Jacob Hagemann
105 E. Townline Road, Suite 134
Vernon Hills, IL 60061

Dear Mr. Hagemann:

We are in receipt of your letter dated April 25, 2008, which we are returning to you.
Unfortunately, we are not taking on new clients at this time.

You might contact the following attorney who may be able to be of assistance to you:

Daniel P. Field
209 West Madison Street, Waukegan, IL 60085
Telephone: 847.662.5800

Very truly yours,

BRYDGES RISEBOROUGH

Louis W. Brydges, Jr.

LXB:es
Enclosure

USA FIRST-CLASS FOREVER

Exhibit 6

"LET US DARE TO READ
THINK, SPEAK AND
John Adams, 1765

PALATINE IL 600

07 MAY 2008 PM 6 T

Mr. Jacob Hagemann
105 E. Townline Road, Suite 134
Vernon Hills, IL 60061

60061+1424

Brydges Riseborough
Attorneys at Law
201 W. Winchester Road
Libertyville, IL 60048



# Cash History Report

## 101 - Inmate Account

## L72105: HAGEMANN, JACOB MICHAEL- Balance=$13.32

| Transaction Type | Amount | Date | | Description | Balance After Transaction |
|---|---|---|---|---|---|
| Deposit | $2.00 | 7/17/2007 | 1:12:02PM | 01 CASH | $ 2.00 |
| Withdrawal | $0.49 | 7/24/2007 | 7:19:06AM | Commissary Sale | $ 1.51 |
| Withdrawal | $1.47 | 7/27/2007 | 8:04:54AM | Commissary Sale | $ 0.04 |
| Withdrawal | $10.00 | 7/27/2007 | 8:34:22AM | Doctor Visit from DOCTOR VISIT | ($9.96) |
| Deposit | $50.00 | 8/28/2007 | 7:34:53PM | 02 MO8577 | $ 40.04 |
| Withdrawal | $38.57 | 8/31/2007 | 7:34:02AM | Commissary Sale | $ 1.47 |
| Withdrawal | $1.40 | 9/7/2007 | 6:59:06AM | Commissary Sale | $ 0.07 |
| Deposit | $25.00 | 10/5/2007 | 7:33:48PM | 02 MO2303 | $ 25.07 |
| Withdrawal | $20.27 | 10/9/2007 | 6:55:50AM | Commissary Sale | $ 4.80 |
| Withdrawal | $4.20 | 10/12/2007 | 6:20:58AM | Commissary Sale | $ 0.60 |
| Deposit | $50.00 | 10/19/2007 | 4:06:28PM | 02 MO 2360 | $ 50.60 |
| Deposit | $25.00 | 10/22/2007 | 7:32:23PM | 02 MO9244 | $ 75.60 |
| Withdrawal | $33.32 | 10/23/2007 | 8:24:18AM | Commissary Sale | $ 42.28 |
| Withdrawal | $13.17 | 10/26/2007 | 8:15:16AM | Commissary Sale | $ 29.11 |
| Withdrawal | $4.90 | 11/2/2007 | 7:34:14AM | Commissary Sale | $ 24.21 |
| Withdrawal | ($9.00) | 11/9/2007 | 9:16:40AM | Commissary Return | $ 33.21 |
| Withdrawal | $17.82 | 11/15/2007 | 7:29:05AM | Commissary Sale | $ 15.39 |
| Withdrawal | $13.25 | 11/23/2007 | 6:47:59AM | Commissary Sale | $ 2.14 |
| Withdrawal | $2.10 | 11/26/2007 | 8:17:36AM | Commissary Sale | $ 0.04 |
| Deposit | $30.00 | 12/5/2007 | 9:27:31PM | 02 MO 7411 | $ 30.04 |
| Withdrawal | $27.99 | 12/6/2007 | 2:24:19PM | Commissary Sale | $ 2.05 |
| Withdrawal | $2.00 | 12/13/2007 | 8:18:56AM | Commissary Sale | $ 0.05 |
| Deposit | $75.00 | 12/15/2007 | 7:03:09PM | 02 MO 7448 | $ 75.05 |
| Withdrawal | $25.72 | 12/17/2007 | 8:41:52AM | Commissary Sale | $ 49.33 |
| Withdrawal | $8.90 | 12/17/2007 | 1:24:54PM | Commissary Sale | $ 40.43 |
| Withdrawal | $30.99 | 12/24/2007 | 7:22:46AM | Commissary Sale | $ 9.44 |
| Withdrawal | $9.18 | 12/31/2007 | 7:35:38AM | Commissary Sale | $ 0.26 |

Exhibit 7

| Transaction Type | Amount | Date | | Description | Balance After Transaction |
|---|---|---|---|---|---|
| Deposit | $25.55 | 2/8/2008 | 7:35:13PM | 02MO7684 | $ 25.26 |
| Withdrawal | $8.70 | 2/12/2008 | 7:38:30AM | Commissary Sale | $ 16.56 |
| Withdrawal | $8.39 | 2/15/2008 | 7:59:59AM | Commissary Sale | $ 8.17 |
| Withdrawal | $4.59 | 2/19/2008 | 6:46:16AM | Commissary Sale | $ 3.58 |
| Withdrawal | $2.50 | 2/21/2008 | 6:32:12AM | Commissary Sale | $ 1.08 |
| Deposit | $20.00 | 2/25/2008 | 8:36:39PM | 02 MO 7736 | $ 21.08 |
| Deposit | $20.00 | 2/26/2008 | 10:14:32PM | 02 MO 2011 | $ 41.08 |
| Withdrawal | $0.60 | 2/27/2008 | 9:29:32AM | Commissary Sale | $ 40.48 |
| Withdrawal | $8.44 | 2/29/2008 | 8:00:14AM | Commissary Sale | $ 32.04 |
| Withdrawal | $18.72 | 3/4/2008 | 6:55:31AM | Commissary Sale | $ 13.32 |

Exhibit 8

exhibit 9

**RESIDENT ACCOUNT STATEMENT**                                                 Page 1 of 1

**Walworth County Jail**
**06/30/08 11:59**
**ST 014 / OPR 2000**

Booking #              :  85448
Resident Name          :  HAGEMANN, JACOB
Housing Location       :  AS
Statement Period       :  06/01/2008 - 06/30/2008

                                              **STATEMENT SUMMARY**

                                        **Beginning Balance :**          **0.00**
                                               **1 Deposits :**          **0.00**
                                               **0 Payments :**          **0.00**
                                        **Ending Balance    :**          **0.00**

------------------------------------------------------------------------------------

**Receipt No.    Date    Time   Description          Payments     Deposits      Balance**
------------------------------------------------------------------------------------

                                                                                0.00
A33495      06/19/2008  12:48   Reopen                            0.00          0.00


Current debt - 32$\frac{82}{}$

Exhibit 10

**RESIDENT TRANSACTION REPORT**                                    Page 1 of 1

**Walworth County Jail**
**06/30/08 12:19**
**ST 002 / OPR 2402**

Booking #          :  85448
Resident Name      :  HAGEMANN, JACOB
Time Frame         :  06/19/2008 12:48 - 06/30/2008 12:19

| Date | Time | Type | ST | OPR | Receipt # | Amount |
|------|------|------|----|----|-----------|--------|
| 06/19/2008 | 12:48 | Reopen-Cash | 1 | cobra | A33495 | 0.00 |
| 06/21/2008 | 13:01 | Receivable Charge | 17 | MedCG | Q2855 | 5.00 |
| 06/21/2008 | 13:01 | Receivable Charge | 17 | MedCG | Q2856 | 5.00 |
| 06/21/2008 | 13:01 | Receivable Charge | 17 | MedCG | Q2856 | 5.00 |
| 06/23/2008 | 13:33 | Receivable Charge | 17 | MedKM | Q2869 | 3.00 |
| 06/26/2008 | 12:39 | Receivable Charge | 17 | MedKM | Q2875 | 3.00 |
| 06/30/2008 | 11:42 | Receivable Charge | 14 | 2000 | N307 | 4.50 |

**RESIDENT STATEMENT OF AVERAGE BALANCES**     Exhibit #10     Page 1 of 1

**Walworth County Jail**
**06/30/08 12:20**
**ST 002 / OPR 2402**

```
Booking #         : 85448
Resident Name     : HAGEMANN, JACOB
Number of Days    : 11


AVERAGE DEPOSIT AMOUNT : $0.00
 AVERAGE DAILY BALANCE : $0.00
       CURRENT BALANCE : $0.00
```

Exhibit 12 Vernon Hills PD Sent 7/21/0?

## Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

Check one (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☑ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Date: 7/20/07

Your Name: Jacob Hagemann "L" Number: 72105 Housing Unit / Cell#: Classification

"I have read and understand the grievance procedure as outlined in the inmate handbook"-Initials: _____

**Describe your concern:** (You are limited to the front of this form only)

I am writing this to the Head of the Vernon Hills Police Dept. On 7/14/07 my and my uncles condo at 7 cedar ct #216 in Vernon Hills had been broke into by 2 of your officers both male & white one taller than the other the taller one a bigger built. I don't know their names cause they wouldn't tell me. they buzzed themselves in after they buzzed me to only say they were the Police. I told them to hold on a minute I needed to get dressed. I think another condo buzzed them in cuzz I heard it. Next thing they yell outside my condo door in the Hallway was Jacob Hagemann. I yelled back hold on a minute I am getting dressed. Both of the officers just barged in the condo by opening the condo's door without Permission. While I was in my room. It was fast cause door (front) is only around 5ft or so from my room. shorter officer entered first in my room & questioned me about some missing sheet shirt, Then dragged me to the taller office. I tried to get free by wispling my arm's free. no violence toward this office. But taller officer got me to the K, then wall & Punched me in the Low back a couple of times, then I complied and put my hands on the wall while the shorter officer search the condo, and taller officer held me up close till Wali and said dude I mean Prior I asked officers don't you need a warrant to barrge in here. shorter ofc. states he got it covered. shorter one also told a hoodie of mine (say) I asked him why he wore my hoodie he said it was cold & said it was mine & if they had my wallet. They left w/ the very few hoodies & charged...

**Resolution Sought:** (do not leave blank) How can this happen, I know it's illegal how I am in jail for something I didn't do. I want the names of these officers & I want to press charges on taller ofc. Please send a Sgt to see me to file a complaint

Inmate Signature: _____ Received by: _____ Date / Time Received: _____

White – Grievance Coordinator      Yellow – Inmate      Rev: 11/07

Exhibit 13

POLICE RECORD-OFFICER'S COPY

# NON-TRAFFIC COMPLAINT AND NOTICE TO APPEAR

## VERNON HILLS POLICE DEPARTMENT

| Court Case Number | Agency Report Number O7-11584 | DCN: |
|---|---|---|

State of Illinois, County of **Lake**

City/Village of **VERNON HILLS**

№ **25113**

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT LAKE COUNTY, ILLINOIS

[X] People – State of Illinois  [ ] City/Village of **VERNON HILLS**, Illinois VS.
Municipal Corporation Plaintiff

**DEFENDANT**

Name (Last, First, Middle) **Hagemann, Jacob M** Alias [ ] Date of Birth **10/20/73**

Street Address **7 Cedar Ct. #9**

City **Vernon Hills** State **IL** Zip Code **60061**

Gender [X] Male [ ] Female  Race **W**  Height **5'8"**  Weight **180**  Hair **BRN**  Eyes **HaZ**

Social Security Number **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**  Driver's License Number **H255433373299**  State **IL**

SID Number  FBI Number  Phone Number **(847) 385-1547**

THE UNDERSIGNED STATES THAT ON Date **7/13/07 - 7/14/07** Time **4:00 pm - 12:00 PM**

The Defendant did unlawfully commit the following offense: (Offense Title)
**Burglary to Motor Vehicle**

Narration: (Describe Offense)
**In that the said defendant, without authority, knowingly entered a motor vehicle of Robin Smith, being a 1996 Toyota Corolla bearing IL # C217191, in Vernon Hills, Lake County IL with the intent ~~there ans~~ to commit therein a theft.**

In Violation of [X] ILCS [ ] Local Ordinance  Chapter **720**  Act **5**  Sec **19-1**

Location of Offense: **Parking lot of 16 Parkside Ct, Vernon Hills IL**

Location of Court **To Be Set By Judge**  Room

Court Date:  Time: [ ] AM [ ] PM  [ ] You Must Appear In Court on the date and time indicated.

**BOND COURT**

[ ] Notice To Appear  [ ] Full [ ] 10% Cash Bond Taken  [ ] Personal Recognizance Bond

$

Notice: The Court may issue a warrant for the arrest of any Defendant who has failed to appear and answer an arrest ticket duly served upon him and upon which a complaint has been filed.

Under Penalties as provided by law for false certification pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure and Perjury, the undersigned certifies that the statements set forth in the instrument are true and correct.

Signature of Complainant  Signature of Officer **Dix A...** Badge No. **#26** Date **7/16/07**

19

Burglary dismissed

STATE OF ILLINOIS } ss    Exhibit 14
COUNTY OF LAKE }

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

People of the
State of Illinois

vs.

Jacob Hagemann

JUN 0 9 2008

CIRCUIT CLERK

Gen. No. _07CF2644_

**ORDER**

On motion of the People leave
is granted to Nolle Prosse the
matter pursuant to a
plea on 07CF1752, CT1,
as amended.

The defendant is discharged
on this matter.
Bond is released.

Dated at Waukegan, Illinois this
_9_ day of _June_, 20_08_.

ENTER: _____
                              Judge

ORDER PREPARED BY: _____
(Please Print Name and Address)

_____

_____

17