Hagemann
v
Fink

Dear Clerk & Judge:

FILED 08C3981
Aug 11, 2008  08cv3981
AUG 1 1 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I am not allowed any photocopies from Walworth County Jail. This is due to the fact I am indigient.

Judge also denied me copies of my case 08C3981. I don't even have a copy for record of said case.

What do I do? Plus they have a unconstitional Law Library & outdated.

Plus I am Mentally disabled, someone has been helping me with my documents.

How do I contact the Judge to resile for a attorney.

Does the Jail have to provide me copies being pro-se, indigient, in initial proceedings on a 1983 Lawsuit?

This what I am sending consent to jurisdiction
— Sorry
could send to plaintiffs
please send also copy of orginal case for me

8/6/08