IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jacob M. Hagemann | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 3981 |
| | ) | |
| Officer Fink, et. al. | ) | |
| | ) | Judge Aspen |
| | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants | ) | |

## NOTICE OF MOTION

To:     Jacob M. Hagemann

Inmate #85448

Walworth County Jail

1770 County Rd. NN

Elkhorn, WI 53121

Please take notice that on Tuesday, **September 9, 2008** at **10:30 a.m.**, I shall appear before the Honorable Judge Aspen in the courtroom where he usually presides, or before anyone sitting in her stead, in the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present Defendant Sheriff Mark Curran's Motion to Dismiss, a copy of which is attached hereto and herewith served upon you.

By:     s/Thomas Anger
        Assistant State's Attorney

Thomas Anger #6282443

Assistant State's Attorneys

18 North County Street

Waukegan, IL 60085

(847) 377-3050