IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jacob M. Hagemann | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 3981 |
| | ) | |
| Officer Fink, et. al. | ) | |
| | ) | Judge Aspen |
| | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants | ) | |

**CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn upon oath, states that a copy of **DEFENDANT SHERIFF MARK CURRAN'S APPEARANCE, MOTION TO DISMISS and NOTICE OF MOTION** were served upon the Jacob M. Hagemann at the address noted below via U.S. Mail on the 25th day of August, 2008.

Jacob M. Hagemann
Walworth County Jail
Inmate #85448
1770 County Rd. NN
Elkhorn, WI 53121

    s/Thomas Anger
    THOMAS ANGER
    Assistant States Attorney

Michael J. Waller
State's Attorney of Lake County
Thomas Anger #6282443
Assistant State's Attorney
18 N. County Street
Waukegan, IL 60085