Case 1:08-cv-03981 Document 19 Filed 08/28/2008 Page 1 of 6

FILED
8-28-2008
AUG 28 2008
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

amend,
8/20/08 Claim 3

08cv3981
Hagemann v. Fink, et al

Unlawful imprisonment

08-3981 MHW

Hagemann v Fink

LETTER DATED 8/20/08

In violation of the 14th amendment - Liberty, Life substantive

17th

On 7/17/07 Petitioner Jacob Hagemann was wrongfully and unlawfully incarcerated at the Lake County Jail, against his will by Det Jones #26 of the Vernon Hills Police Dept & states attorney Michael J Welker, who pressed charges of class 2 burgulry against Petitioner a day earlier on 7/16/07. along with the the County court & Marc Curran Sheriff of the Lake County Jail, Det Jones #26 charged Petitioner with the above charge knowingly and intentionally that Det Jones had doubt that Petitioner had even committed any crime at all. Note Det Jones #26 told Petitioner in a previous meeting, Medly, 1 more mess up and your out of this town. There was an illegal search and seizure at Petitioner's uncle Dan condo Petitioner's sweater seized, No mention anywhere of seizure, or evidence at interview that Petitioner Remebers Det Jones attempted to exhaust all his unlawful tasks to manipitated and coersed Petitioner to state a parshell statement were Det Jones filled in empty spots to show guilt later, along with the

08-3981 Judge Aspen

Jacob M Hegemann vs OFC Fink etc, et al
amend complaint

d) 08-3981 Where
Hagenow v Fink

denying Petitioner an attorney during questing by not producing or giving Petitioner a way to find retention attorneys. All the above led to the charge of a class 2 burglary to an auto case # 07CF2644. This false imprisonment by Det Jones, assistant states Attorney and sheriff Marc Curran deprived Petitioner of his physical Liberty without any real legal excuse of just cause especially no physical evidense only hearsay. Taking Petitioners Freedom against his will. The above charge became the incarcerating shape that held Petitioner in the Lake County Jail from July 07 to June 08. Where the Vernon Hills Police Dept moved in custody Petitioner to be detained at the Lake County Jail to await till trial. Petitioner maintained his innocense through all court dates. Problems like 3-4 continues by Det Jones and officer Fink which were for failure to show up to hear a motion based on illegal search & seizure with no exigent circumstances. After another time Det Jones & Officer being non-compliant and not showing up a deal was made by states attorney Tim Niehus to Nolle process case #07CF2644. Took 10-11 months to Nolle prosess

08-3981 Judge Aspen

Jacob M Hageman vs OFC Fink ect, et al.
Amend complaint

To the Judge,        6/20/08

Hello

I am mentaly ill by the state of illinois I have been getting help from a man with some lawyer experience. He and I will be seperated due to me be locked up. I have scitzopenere, bi-polor & deppression. I really dont have no idea what I Am doing He told me to send this to you So I am. He tells me what to write and And do. Now I did. Who do I talk to about this its very important. Cause my rights were violated I hope this is ok, I forgot to tell the courts before of my condition, I didnt know This is too hard for me alone. Please help

Jacob Hagemann

Exhibit 14

| GENERAL NO. 07CF2644 | WITNESSES |
|---|---|
| CIRCUIT COURT OF LAKE COUNTY | JONES, VERNON HILLS |

APRIL 2007 TERM

THE PEOPLE OF THE STATE
OF ILLINOIS
vs.

JACOB M. HAGEMANN, DOB: 10/20/1973

INDICTMENT FOR

CT. 1, BURGLARY, CLASS 2

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

FILED _____, 2007

_____
CLERK OF THE COURT

BAIL -- $_____

MICHAEL J. WALLER

LAKE COUNTY STATE'S ATTORNEY

SEX:M  RACE:W  HT:5'8  WT:180  HAIR:BRO  EYES: HZL  SS#: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    DL#:H255433773299
ADDRESS: 7 CEDAR CT. APT #9, VERNON HILLS, IL. 60069


14A