In the United States District Court
Northern District
Eastern Division

Jacob Hagemann
  Petitioner

v.

Officer Fink et al
  Defendants

**FILED**
AUG 29 2008
AUG 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Civil case # 08C3981

## Motion for Appointment of Counsel

Now comes Jacob Hagemann in want of counsel and submits the following motion for this honorable court to appoint the petitioner counsel. The undersigned is currently detained in the Walworth County Jail (Wisconsin) which is devoid of a constitutionally acceptable law library or the constitutionally acceptable alternative method for researching and preparing legal documents. The undersigned is also <u>mentally disabled by the state of Illinois</u> and can not represent himself. ~~(illegible)~~ not longer has help to prepare documents for his case in this ~~penal~~ facility. Wherefore the undersigned prays that this honorable court grant the motion and appoint counsel to the undersigned. Respectfully submitted

_____ 8/20/08
in want of counsel
Jacob Hagemann

_____
Judge

*[Handwritten annotations at top:]* claim 3 Unlawful incarceration 08-C-3981
Jacob M Hageman v Finkset, et al

V. **Relief:**

*[Handwritten:]* Judge Aspen

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*[Handwritten:]* I would like nominial damages each officer 25,000 each Def 50,000, punitive 100,000, Marc Curran 100,000 Lake County Jail (Sheriff)

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __8__ day of __20__, 20__08__

_____
(Signature of plaintiff or plaintiffs)

Jacob Hageman
(Print name)

85448
(I.D. Number)

1720 County RD WW
Elkhorn WI 53121
(Address)

6